UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiffs,

                                            Case No. 22-cv-11767
v.                                            Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.

_____/

## ORDER ADJOURNING DEADLINE BY WHICH DEFENDANTS MUST RESPOND TO MOTION TO CERTIFY CLASS (ECF No. 29)

Defendants' Motion to Dismiss Plaintiff's Amended Complaint is now pending before the Court and is set for a hearing on June 5, 2023. On May 5, 2023, Plaintiff filed a Motion to Certify Class. (*See* Mot., ECF No. 29.) The Court concludes that the most efficient path forward for the Court and for the parties is to delay the deadline by which Defendants must respond to the newly-filed Motion to Certify Class. Defendants need not respond to the Motion to Certify Class at this time. Instead, if any portion of the pending Motion to Dismiss is denied, Defendants shall respond to the Motion to Certify Class not more than 28 days after the Court enters a written order resolving the Motion to Dismiss.

    **IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: May 8, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
