UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

    Plaintiffs,

v.

                          Case No. 22-cv-11767
                          Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' RENEWED MOTION TO CERTIFY QUESTION TO MICHIGAN SUPREME COURT (ECF No. 38)

Now pending before the Court is Plaintiffs' renewed motion to certify a question to the Michigan Supreme Court. (*See* Mot., ECF No. 38.) The Court discussed Plaintiffs' motion with counsel for all parties during an on-the-record status conference held on November 1, 2023. For the reasons explained on the record during the status conference, and for the reasons explained in Defendants' response to the motion (*see* Resp., ECF No. 39), the motion is **DENIED**.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  November 7, 2023

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
