UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

    Plaintiffs,

v.

Case No. 22-cv-11767
Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.

_____/

**ORDER DENYING REMAINDER OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT (ECF No. 45)**

On January 18, 2024, Defendants filed a motion for summary judgment. (*See* Mot., ECF No. 45.) On May 17, 2024, the Court entered an order denying the motion in part, granting the motion in part, and taking under advisement the arguments in the motion presented under the heading in Defendants' brief labeled: "C. Plaintiffs' Claims are Barred Because They Failed to Meet the Procedural Prerequisites of the Act." (*See* Order, ECF No. 58.)

On August 12, 2024, the Court held an on-the-record status conference and delivered an oral ruling addressing the arguments that it had previously taken under advisement. For the reasons stated on the record during that hearing, Defendants' motion for summary judgment on the basis of those arguments is **DENIED.** With

1

the entry of this order, the Court has now resolved Defendants' motion for summary judgment in its entirety.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126