UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

    Plaintiffs,

v.

    Case No. 22-cv-11767
    Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

### ORDER OVERRULING OBJECTION (ECF No. 72) AND ALLOWING PLAINTIFF TO FILE RESPONSE TO SUPPLEMENTAL BRIEF (ECF No. 71)

On November 11, 2024, Defendants Mat King, Timothy Donnellon, Tracy DeCaussin, Thomas Bliss, and County of St. Clair filed what they called a "Supplemental Brief." (*See* ECF No. 71.) However, the filing strikes the Court more as a notice of supplemental authority. The primary purpose of the filing was to inform the Court about a decision issued after the completion of briefing on the pending motion for class certification.

Plaintiffs Kevin Lindke and Michael Schultz have filed an objection to the filing on the basis that, in their view, it is not permitted under the Local Rules. (*See* ECF No. 72.) That objection is **OVERRULED** because the Court finds the supplemental authority worth considering.

1

However, the Court will provide Lindke and Schultz an opportunity to file a response addressing the supplemental authority cited by Defendants, if they wish to do so.  Lindke and Schultz shall file any such response by not later than **November 19, 2024**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126