UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

    Plaintiffs,

v.

Case No. 22-cv-11767
Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

**ORDER (1) DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND FOR ISSUANCE OF CASE MANAGEMENT ORDER (ECF No. 67), AND (2) SETTING PERIOD FOR CLASS DISCOVERY**

On February 14, 2025, the Court held an on-the-record status conference. For the reasons stated on the record, **IT IS HEREBY ORDERED**:

1. Plaintiffs' motion for appointment of interim class counsel and for issuance of case management order (ECF No. 67) is **DENIED WITHOUT PREJUDICE**.

2. The parties shall conduct discovery on class certification issues until **May 15, 2025**.

3. At the conclusion of the discovery period, the Court will schedule a status conference to discuss next steps.

**IT IS SO ORDERED.**

Dated: February 18, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2025, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126