UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

    Plaintiffs,

v.

Case No. 22-cv-11767
Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY TERMINATING MOTION TO QUASH DEPOSITION SUBPOENAS (ECF No. 79) AND MOTION TO EXPEDITE CONSIDERATION AND DECISION OF ECF No. 79 (ECF No. 82) IN LIGHT OF PENDING MEDIATION

Now pending before the Court is a motion to quash deposition subpoenas (*see* ECF No. 79) and a motion to expedite consideration and decision of the motion to quash (*see* ECF No. 81). After the motions were filed, the parties agreed, and the Court ordered, that the parties would engage in mediation. In light of the upcoming mediation, the motions are administratively **TERMINATED**. The Court will reinstate the motions to the active docket if this action is not resolved during the mediation.

    **IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 7, 2025

1

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan  
                                            Case Manager  
                                            (313) 234-5126