UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

    Plaintiffs,

v.

            Case No. 22-cv-11767
            Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR JURY VIEW OF ST. CLAIR COUNTY JAIL AT TRIAL (ECF No. 100)

    On September 20, 2025, Plaintiffs filed a motion in which they ask the Court to issue "an order permitting and directing a jury view of the St. Clair County Jail, including the specific housing units where Plaintiffs were confined." (Mot., ECF No. 100, PageID.3200.) Defendants respond that Plaintiffs' motion is "premature" at this stage of the litigation – *i.e.*, "before [the Court rules on] class certification, before a ruling on Plaintiffs' Motion for Leave to File a Third Amended Complaint and possible subsequent motion practice, and before any trial date has been scheduled." (Resp., ECF No. 105, PageID.3346.) Plaintiffs counter that such a ruling is necessary now, while discovery remains open, because if the Court does not grant their requested relief at this time, "Plaintiffs will necessarily need to marshal photographs, video recordings, and other demonstrative evidence during an

1

inspection [of the St. Clair County Jail]" which "cannot reasonably be obtained at the last minute, after discovery has closed." (Reply, ECF No. 106, PageID.3353-3354.)

Plaintiffs have not persuaded the Court that it is necessary to issue a definitive ruling on their request for a jail visit now. The Court agrees with Defendants that it makes the most sense to decide whether to permit a jail visit by the jury only after it is determined that the case will definitely proceed to trial. Thus, the Court **DENIES** the motion **WITHOUT PREJUDICE**. If the Court holds a trial in this case, Plaintiffs may renew their request for a jail visit. Given the Court's ruling, Plaintiffs should not refrain from seeking the discovery they deem essential to establish their claimed damages.

Defendants have suggested that any entry into the jail by Plaintiffs or their counsel, including for the purpose of taking photographs or videos, may raise security concerns. Defendants may raise those concerns as objections to any discovery concerning the jail that Plaintiffs serve. Nothing in this Order is meant to suggest that the Court approves of any particular discovery concerning the jail that Plaintiffs may seek. In the event that Defendants object to any jail-related discovery based upon security concerns, the Court expects the parties to work together in good faith to attempt to resolve the objections and to explore ways to permit the requested discovery (or a modified version of the requested discovery) in a manner that

2

addresses the security concerns. If the parties reach an impasse in their efforts to resolve Defendants' security-related objections, if any, the Court will address the objections.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3