UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

    Plaintiffs,

v.

                                    Case No. 22-cv-11767
                                    Hon. Matthew F. Leitman

MAT KING, *et al.*,

    Defendants.
_____/

**ORDER RESOLVING PENDING MOTIONS**
**(ECF Nos. 102, 103, 104, 111, 112)**

On December 12, 2025, the Court held a hearing on several motions pending in this action. For the reasons explained on the record during the motion hearing, **IT IS HEREBY ORDERED** as follows:

- The motion to quash subpoenas filed by Judges West, Hulewicz, Brown, and Tomlinson (ECF No. 102) is **GRANTED IN PART AND DENIED IN PART**. The motion is **DENIED** to the extent that it seeks to preclude Plaintiffs from asking any questions of any kind to the Judges. The motion is **GRANTED** in all other respects. As further explained on the record, the parties shall proceed as follows. By no later than **December 19, 2025**, Plaintiffs shall file on the docket of this action a list of proposed written deposition questions that Plaintiffs wish to serve on the Judges. *See* Fed.

1

R. Civ. Proc. 31. By no later than **January 9, 2026**, the Judges may file objections to the proposed deposition questions and/or a memorandum of law addressing the proposed deposition questions. Plaintiffs may file a reply in support of their proposed deposition questions by no later than **January 23, 2026**. The Court will then review the parties' filings and determine which written deposition questions, if any, may be served on the Judges and that the Judges will be required to answer.

- Plaintiffs' motion to strike Defendants' affirmative defense number 16 (ECF No. 103) is **DENIED WITHOUT PREJUDICE**. Plaintiffs may re-raise their challenge to this affirmative defense at the summary judgment stage of these proceedings.

- Plaintiffs' motion for leave to file a Third Amended Complaint (ECF No. 104) is **GRANTED IN PART AND DENIED IN PART**. The motion is **DENIED** to the extent that it seeks leave to add a retaliation claim arising out of the lodging of any affirmative defense. The motion is **GRANTED** to the extent that it seeks leave to add a retaliation claim based on collection activities that occurred after the filing of this lawsuit. By no later than **January 9, 2026**, Plaintiffs should file with the Court either (1) a Third Amended Complaint or (2) a notice that Plaintiffs will not be filing a Third Amended Complaint.

- Plaintiffs' motion to quash (ECF No. 111) is **DENIED**.

- Plaintiffs' motion *in limine* to preclude the defense of absolute quasi-judicial immunity (ECF No. 112) is **GRANTED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126