UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

     Plaintiffs,

                                  Case No. 22-cv-11767

v.                                  Hon. Matthew F. Leitman

MAT KING, *et al.*,

     Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL (ECF No. 129)

On February 17, 2026, the Court held a hearing on Defendants' motion to compel certain discovery from Plaintiffs. (*See* Mot., ECF No. 129.)  For the reasons explained on the record during the motion hearing, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2026, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126