UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

      Plaintiffs,

                                 Case No. 22-cv-11767
v.                                Hon. Matthew F. Leitman

MAT KING, *et al.*,

      Defendants.

_____/

## ORDER DISMISSING CLAIMS
## BROUGHT BY PLAINTIFF CARRIE SIMONS

On April 2, 2026, attorneys Philip L. Ellison and Matthew E. Gronda, counsel of record for Plaintiff Carrie Simons, filed a motion to withdraw as Simons' counsel. (*See* Mot., ECF No. 151.)  Counsel explained in the motion that Simons did not appear for her scheduled deposition in this matter and has stopped communicating with them. (*See id.*, PageID.4360.)  According to counsel, "[t]his sustained lack of communication has prevented counsel from fulfilling core obligations, including preparing the client for deposition, holding the deposition, and advancing her claims. The relationship [with Simons] has effectively ceased to function." (*Id.*, PageID.4360-4361.)

On April 6, 2026, the Court issued an order granting counsel's motion. (*See* Order, ECF No. 154.)  In that order, the Court directed Simons, by no later than May 11, 2026, to either "(1) have new counsel file an Appearance on her behalf or (2) file a notice with the Court that she will be representing herself *pro se* in this action." (*Id.*, PageID.4428.)  The Court then warned Simons, in bold and underlined text, that "**[i]f new counsel does not file an Appearance on Simons' behalf, or if Simons does not file a notice that she will be representing herself, the Court will dismiss Simons as a Plaintiff in this action.**" (*Id.*; emphasis in original.)

Simons has not complied with the Court's April 6 order in any way.  A new attorney has not filed an Appearance on Simons' behalf.  Nor has Simons filed a notice with the Court that she intends to represent herself.  Finally, Simons has not contacted the Court to seek additional time to comply.  Based on Simons' failure to follow the Court's order, and her failure to show any interest in prosecuting her claims against the Defendants, the Court **DISMISSES** Simons as a Plaintiff in this action.  Her claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  May 14, 2026          UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126