UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE, *et al.*,

     Plaintiffs,

                                 Case No. 22-cv-11767

v.                               Hon. Matthew F. Leitman

MAT KING, *et al.*,

     Defendants.

_____/

## ORDER DISMISSING CLAIMS
## BROUGHT BY PLAINTIFF KEVIN LINDKE

On April 21, 2026, during an on-the-record status conference that the Court held in this case, attorneys Philip L. Ellison and Matthew E. Gronda, counsel of record for Plaintiff Kevin Lindke, made an oral motion to withdraw as Lindke's counsel. (*See* Dkt.)  The Court granted the motion on the record, and it issued an order granting the motion on that same day. (*See* Order, ECF No. 164.)  In that order, the Court directed Lindke, by no later than May 22, 2026, to either "(1) have new counsel file an Appearance on his behalf or (2) file a notice with the Court that he will be representing himself *pro se* in this action." (*Id.*, PageID.4598.)  The Court then warned Lindke, in bold and underlined text, that "**[i]f new counsel does not file an Appearance on Lindke's behalf, or if Lindke does not file a notice that**

**he will be representing himself**," the Court would dismiss Lindke as a Plaintiff in this action with prejudice.  (*Id.*; emphasis in original.)

A new attorney has not filed an Appearance on Lindke's behalf.  In addition, Lindke has not filed a notice with the Court that he intends to represent himself.  Finally, Lindke has not contacted the Court to seek additional time to comply.  Based on Lindke's failure to follow the Court's April 21 order, and his failure to prosecute his claims against the Defendants, the Court **DISMISSES** Lindke as a Plaintiff in this action.  His claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  June 10, 2026          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2