UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SHULTZ, *et al.*,

Plaintiffs,

Case No. 22-cv-11767
Hon. Matthew F. Leitman

v.

MAT KING, *et al.*,

Defendants.

______________________________________/

**ORDER DENYING KEVIN LINDKE'S MOTION FOR RELIEF FROM ORDER (ECF No. 171)**

On June 10, 2026, the Court issued an order dismissing the claims of Kevin Lindke in this action. (*See* Order, ECF No. 169.) Lindke thereafter filed a motion to set that dismissal order aside pursuant to Federal Rule of Civil Procedure 60(b)(1). (*See* Mot., ECF No. 171.) The Court held an on-the-record status conference to discuss Lindke's motion on September 18, 2026. For the reasons explained in detail on the record during the status conference, Lindke's motion is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 18, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126